ascertained by the Special Term. Order reversed, without costs, and motion remitted to the Special Term for the purpose stated. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Holmes Jones, Respondent, v. Lilla M. Baldwin-Devine, Appellant.— The record shows that the jury did not consider the $250 paid the plaintiff at the time he was retained. Such retainer is to compensate *pro tanto* for services rendered and disbursements made. The finding of the referee that plaintiff was guilty of misconduct is an adjudication of that fact, and was properly received as evidence thereof upon the issue of misconduct raised by the answer. The verdict is, therefore, against the weight of evidence. While the order upon the referee's report remains unreversed, the fact of misconduct may not again become an issuable fact. Judgment and order reversed and new trial granted, costs to abide the event. Thomas, Carr, Stapleton, Rich and Putnam, JJ., concurred.

Simon March, Respondent, v. Lehigh and Wilkesbarre Coal Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

Simon March, Respondent, v. Lehigh and Wilkesbarre Coal Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

The People of the State of New York, Respondent, v. Antonio Badolato, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Appellant, v. Antonio Badolato Respondent.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. While the order of forfeiture of the undertaking stands in full force, there is no meritorious defense to this action. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Hyman Stehr, Appellant.— Judgment of conviction of the County Court of Kings county reversed on reargument, and new trial ordered. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ., concurred.

Fannie Storch, Respondent, v. Joseph Storch, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Henry Tonges and Anthony C. Lembeck, Copartners, etc., Appellants, v. Vanderveer Canarsie Improvement Syndicate and Others, Respondents.— Appeal dismissed on consent, without costs. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

### Committee on Character for the Year 1916.

The Hon. Edgar M. Cullen, of Kings county, Stephen C. Baldwin, Esq., of Kings county, Eugene V. Daly, Esq., of Queens county, Burton C. Meighan, Esq., of Westchester county, The Hon. George M. Pinney, of Richmond county, Ernest P. Seelman, Esq., of Kings county, The Hon. John C. R. Taylor, of Orange county, Joseph Wood, Esq., of Suffolk county.